[No. 58351-4-I. Division One. October 15, 2007.]

MARTINUS NICKERSON ET AL., *Appellants*, v. CRAIG ALLEN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-2-01627-6, Vickie I. Churchill, J., entered June 5, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schindler, A.C.J., concurred in by Agid and Dwyer, JJ.

[No. 58395-6-I. Division One. October 15, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON WILEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-10226-4, Palmer Robinson, J., entered June 1, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58444-8-I. Division One. October 15, 2007.]

D.W. CLOSE COMPANY ET AL., *Appellants*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated February 11, 2008. Substitute opinion filed. Now published at 143 Wn. App. 118.

[No. 58661-1-I. Division One. October 15, 2007.]

ANTHONY GUDENAU, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-34264-1, Jay V. White, J., entered July 10, 2006. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Schindler and Dwyer, JJ.